UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE VINCE CHHABRIA, JUDGE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | **No. CR 15-0154 VC** |
| | ) | |
| PAVEL SEMENOVICH FLIDER; | ) | |
| TRIDENT INTERNATIONAL | ) | |
| CORPORATION, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | San Francisco, California |
| | | Tuesday, April 5, 2016 |

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

For Plaintiff:	Brian J. Stretch
		United States Attorney
		450 Golden Gate Avenue, 11th Floor
		San Francisco, California  94102
	By:	**Philip Joseph Kearney Jr.**
		**Arvon Perteet**
		**Assistant United States Attorneys**

For Defendants:	**Marcus Daniel Merchasin**
		**Attorney at Law**
		Post Office Box 10369
		Lahaina, Hawaii 96761

Also Present:	Svetlana Shirinova, Russian interpreter


Reported By:	Katherine Powell Sullivan, CSR No. 5812, RMR, CRR
		Official Reporter

| | |
|---|---|
| 1 | **Tuesday - April 5, 2016**　　　　　　　　　　　　　　　**10:46 a.m.** |

2　　　　　　　　　　　　**P R O C E E D I N G S**

3　　　　　　　　　　　　　　　---oOo---

4　　　　**THE CLERK:** Calling case number 15-CR-00154, USA

5　versus Pavel Flider and USA versus Tride3nt International

6　Corporation, LLC.

7　　　　Counsel, please step forward and state your appearances

8　for the record.

9　　　　**MR. KEARNEY:** Your Honor, good morning.  Phil Kearney

10　and Arvon Perteet for the government.

11　　　　**MR. PERTEET:** Good morning, Your Honor.

12　　　　**THE COURT:** Good morning.

13　　　　**MR. MERCHASIN:** Good morning.  Marcus Merchasin for

14　Mr. Flider.  And I also appear for Trident.

15　　　　**THE COURT:** Good morning.

16　　　　**THE DEFENDANT:** Good morning.

17　　　　**THE COURT:** Good morning.

18　　　　**THE INTERPRETER:** Svetlana Shirinova, certified court

19　interpreter Russian language.  The certification information

20　has been provided.

21　　　　**THE COURT:** Good morning.  Thank you.

22　　　Okay.  What's up?

23　　　　**MR. KEARNEY:** Your Honor, we've been having ongoing

24　lengthy, fruitful meetings between all the parties, including

25　the defendant.  The most recent one was this Friday, four days

1 ago.

2 During that meeting significant discovery was given over
3 to opposing parties by each side.  The government disclosed to
4 the defense a large amount of data obtained in a related case
5 in New York, where search warrants were served, that is
6 relevant to the pending case against the defendant.

7 The defendant discovered to the government several binders
8 worth of material that the Department of Commerce needs to
9 drill down on further.

10 The short answer for the Court, Your Honor, is that we're
11 working diligently towards resolution.  There is new discovery
12 that both sides need to assess.  And we would ask for one last
13 continuance before we start discussing a trial date in this
14 matter, or a resolution.

15 **THE COURT:** One last continuance before we set a trial
16 date in this matter.

17 **MR. KEARNEY:** Yes.

18 **THE COURT:** Not "start discussing" trial date.

19 **MR. KEARNEY:** Fair enough, sir.

20 The reason I couched my answer was, there are foreign
21 depositions.  Once we pick a trial date or when we're
22 discussing a trial date, I believe foreign depositions will be
23 necessary in this matter.  So I'm not sure how the Court --

24 **THE COURT:** Do whatever work you need to do to figure
25 that out between now and our next appearance.

|    |                                                                                   |
|----|-----------------------------------------------------------------------------------|
| 1  | **MR. KEARNEY:** All right.                                                       |
| 2  | **THE COURT:** Because we'll set a trial date at our next                         |
| 3  | appearance.                                                                       |
| 4  | **MR. KEARNEY:** That's fine. And we've already talked                            |
| 5  | with the Court's clerk about June 21st, if that works.                            |
| 6  | **THE COURT:** Okay. Any comment from the defense?                                |
| 7  | **MR. MERCHASIN:** That sounds fine. Time properly                                |
| 8  | should be excluded. And sometime today or nearby I'm going to                     |
| 9  | be receiving a pallet of paper. And I'm really looking forward                    |
| 10 | to reading that.                                                                  |
| 11 | **THE COURT:** Okay. Since you're still getting                                   |
| 12 | discovery, time will be excluded between now and the next                         |
| 13 | appearance, which we said is June 21st.                                           |
| 14 | **MR. KEARNEY:** June 21st.                                                       |
| 15 | **THE COURT:** And we will set a trial date on June 21st.                         |
| 16 | **MR. KEARNEY:** And, Your Honor, I just wanted to flag                           |
| 17 | this issue again for the Court.                                                   |
| 18 | **THE COURT:** When was this case -- when did this case                           |
| 19 | start?                                                                            |
| 20 | **MR. KEARNEY:** The indictment, I believe, was March of                          |
| 21 | 2015, last year.                                                                  |
| 22 | **THE COURT:** March of 2015?                                                     |
| 23 | **MR. KEARNEY:** Yes.                                                             |
| 24 | **THE COURT:** Okay.                                                              |
| 25 | **MR. KEARNEY:** And, Your Honor, the -- there are still                          |

two defendants obviously.  There's Mr. Flider, who is here in court, and the corporation.  And we believe still at this stage of the proceedings there is no conflicts.  And probably up through trial that may be the case as well.  But I just wanted to flag that issue for the Court at this at this stage.

**THE COURT:**  Okay.  Well, if you believe there's a conflict, you know, you need -- like I said, you need to do whatever investigation you can do on that between now and the next time we see each other and bring it to my attention.

**MR. KEARNEY:**  And the government does not so believe.  I just wanted to flag for the Court that we have two defendants and that we're excluding time on both defendants today.

**THE COURT:**  Okay.

**MR. KEARNEY:**  All right.  Thank you, sir.

**THE COURT:**  Thank you.

**MR. MERCHASIN:**  Thank you.

(At 10:50 p.m. the proceedings were adjourned.)

- - - -

**CERTIFICATE OF REPORTER**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.


DATE:   Tuesday, April 19, 2016

*Katherine Sullivan*

---

Katherine Powell Sullivan, CSR #5812, RMR, CRR
U.S. Court Reporter