Marcus Daniel Merchasin, SBN 55927
Attorney and Counselor at Law
Post Office Box 10369
Lahaina, Hawaii 96761

Telephone Number: 1.415.269.0481
Facsimile Number:  1.415.520.0426
E-Mail Address: marcus@merchasin.com

Attorney for Defendants Pavel Semenovich Flider and Trident International Corporation, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The United States of America,<br><br>    *Plaintiff*,<br><br>v.<br><br>Pavel Semenovich Flider; Trident International Corporation, LLC,<br><br>    *Defendants*. | Case Number: 3:15-CR-00154-VC<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] ORDER** |

Defendants Pavel Semenovich Flider and Trident International Corporation, LLC, by and through their counsel of record and the government, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a trial setting conference on June 21, 2016;

2. Since the last calling of the matter, the parties, through continuous—and often daily discussions—have agreed in principle on individual and organizational pleas for each defendant (respectively).  However, the parties continue to assess the voluminous financial discovery to reach agreement on monetary aspects of each plea;

3. The parties now move to continue the trial setting conference until July 26, 2016, and calendar the matter on that date for entry of plea or trial setting.  The parties also move to exclude time between June 21, 2016, and July 26, 2016, to allow defense counsel an opportunity to

review with his clients the discovery in this matter as it relates to specific allegations made in the pending plea agreements and to allow for the effective preparation of counsel;

4. The timing of the proposed new date allows the defense time to review the gigabytes of discovered financial data with his clients to assess the loss and base fine amounts, culpability scores, minimum and maximum multipliers, and organizational fine ranges which form the basis of the proposed plea for Trident International Corporation, Inc., pursuant to a United States Sentencing Guideline Chapter 8 analysis.

5. Counsel for the government will also be on pre-planned foreign travel from June 9 through June 17, 2016, making it difficult for the parties to refine and conclude the plea agreement prior to the existing June 21, 2016, trial setting conference;

6. Based on this stipulation and for good cause shown, the undersigned parties request that the trial setting conference in the above-entitled matter, currently scheduled for June 21, 2016, be continued until July 26, 2016, that the matter on that date be calendared for entry of plea or trial setting, and that time be excluded under the Speedy Trial Act between those dates to allow both parties to effectively prepare the matter pursuant to 18 U.S.C. § 3161(h)(7)(A).

7. The Parties agree and stipulate that the failure to grant the requested continuance would deny the defendant the reasonable time necessary for effective preparation of counsel taking into account the exercise of due diligence, pursuant to 18 U. S. C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: _____/s/_____
Philip J. Kearney, Jr., Esq.
Assistant United States Attorney

Dated: _____/s/_____
Marcus Daniel Merchasin, Esq.
Attorney for Defendants

**ORDER**

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between June 21, 2016 and July 26, 2016, would deny both parties the reasonable

| | |
|---|---|
| 1 | time necessary to review and assess the discovery as noted above pursuant to 18 U.S.C. § |
| 2 | 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time be- |
| 3 | tween June 21, 2016 and July 26, 2016 from computation under the Speedy Trial Act outweighs the |
| 4 | best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY OR- |
| 5 | DERED that the trial status conference in the above-entitled matter be continued until July 26, 2016, |
| 6 | that the matter be calendared on that date for entry of plea or trial setting, and that the time between |
| 7 | June 21, 2016 and July 26, 2016 shall be excluded from computation under the Speedy Trial Act |
| 8 | pursuant to 18 U.S.C. §§ 3161(H)(7)(A) and (B)(iv). |

DATED: _____                    _____
                                          VINCE CHHABRIA
                                          United States District Court Judge